**Circuit Court for Washington County at
108 W. Jackson Boulevard, Jonesborough, Tennessee 37659**

PEGGY GRIFFIN and husband, RUSSELL GRIFFIN,

Filed 12 day of Oct 2011 at 4:55 o'clock
Karen Guinn, Clerk

Civil Summons
No. 29886

Plaintiffs,

v.

WAL-MART STORES, INC.,
c/o C T Corporation System
800 S. Gay Street, Suite 2021
Knoxville, TN 37929

**Defendant.**

**NOTICE TO THE DEFENDANT(S)**

Tennessee law provides a four thousand dollar ($4,000.00) personal property exemption from execution of seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed. These include items of necessary wearing apparel (clothing) for yourself and your family, and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover the. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

To the above-named defendant(s):

You are hereby commanded and required to file with the Circuit Court and to serve upon ARTHUR M. FOWLER, III, ESQ., plaintiff's attorney, whose address is 130 East Market Street, Johnson City, Tennessee, 37604, an answer to the complaint which is herewith served upon you within thirty (30) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Witnessed and issued this 12 day of Oct, 2011, at 4:55 o'clock, __.M.

KAREN GUINN, Clerk
By: Cheri Jameson, Deputy Clerk

**ADA** – IF YOU HAVE A DISABILITY AND REQUIRE ASSISTANCE, PLEASE CONTACT (423) 788-1415

Received this ___ day of _____, 2011.

_____
Sheriff-Deputy Sheriff

**RETURN**

I certify and return that I:

☐ served this summons together with the complaint as follows: Ericka Fry

Served Special Assistant Secretary of State Service of Process to C.T. Corporation System the Registered Agent for Walmart Stores Inc.

Company

☐ failed to serve this summons within thirty (30) 90 days after its issuance because _____

Date NOV 0 2 2011

J C Bryant #B1864
Deputy Sheriff

☐ accept service

I, _____, hereby accept service of process in this case as fully and in all respects, as though I have been personally served by a Deputy Sheriff of Washington County, and I acknowledge that I received a copy of the summons and complaint in this case.

This the ___ day of _____, 2011.

_____
Defendant

Case 2:11-cv-00365-JRG-DHI Document 1-1 Filed 12/01/11 Page 1 of 1 PageID #: 4