UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| PEGGY GRIFFIN, and husband, ) | |
| RUSSELL GRIFFIN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | NO.: 2:11-CV-365 |
| ) | |
| WAL-MART STORES EAST. LP, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

This action came before the Honorable J. Ronnie Greer, District Judge, presiding, and the issues having been duly addressed and a decision having been duly rendered,

It is ORDERED and ADJUDGED that the plaintiffs recover nothing of the defendant, and that the action of plaintiffs against the defendant be DISMISSED on the merits.

DATED:

                                                     s/*Debra C. Poplin*
                                                   CLERK OF COURT